# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201500298
_____

## UNITED STATES OF AMERICA
Appellee

v.

## TIMOTHY J. DAVIS
Aviation Electronics Technician First Class (E-6), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain David M. Harrison, JAGC, USN.
For Appellant: Major Michael D. Berry, USMCR.
For Appellee: Brian K. Keller, Esq.

_____

Decided 25 August 2016

_____

Before FISHCER, PALMER, and CAMPBELL, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court